USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  03-Cr-346 (SHS)

-v-  :

  ORDER

MARTIN PEDRO,  :

        Defendant.  :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Defendant having filed a motion to vacate sentence,

    IT IS HEREBY ORDERED that:

    1.    The U.S. Probation Office shall submit a supplemental presentence report on or before January 17, 2020;

    2.    Any submission by the defense is due on or before February 7, 2020;

    3.    Any submission by the government is due on or before February 14, 2020;

and

    4.    The resentencing of defendant will be held on February 20, 2020, at 2:30 p.m.

Dated: New York, New York
       December 4, 2019

SO ORDERED:

Sidney H. Stein, U.S.D.J.