# Federal Defenders
OF NEW YORK, INC.

Appeals Bureau
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392
www.federaldefendersny.org

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Appeals Bureau*
Barry D. Leiwant
*Attorney-in-Charge*

January 31, 2020

**VIA ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2020

Re: *United States v. Pedro Martin, 03 CR 346 (SHS)*

Dear Judge Stein:

**MEMO ENDORSED**

We write to request an adjournment of the resentencing date in this case. An adjournment is necessary to provide time for counsel to meet with Mr. Pedro and his family to prepare a complete sentencing submission. The government does not object to this request.

The resentencing is currently scheduled for February 20, 2020. I would request a sentencing date in mid-March but government counsel will be on trial from the end of February until March 16th and I therefore request an adjournment of sentencing until the week of March 23, 2020, to accommodate her trial schedule. I would further request that the defense sentencing submission be due two weeks before the sentencing and the government's submission be due one week before that, consistent with the current schedule.

Respectfully submitted,

/s/
**COLLEEN P. CASSIDY**
Assistant Federal Defender

*The sentencing is adjourned to March 25 at 3:30 p.m.*

SO ORDERED 1/31/2020

SIDNEY H. STEIN
U.S.D.J.

CPC/gv