UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,          03-Cr-346 (SHS)

    -v-                                ORDER

MARTIN PEDRO,

        Defendant.

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the resentencing of this defendant scheduled for April 22, is adjourned to June 11, 2020, at 3:30 p.m. The defense submission is due by May 28, the government's submission is due by June 4, 2020.

Dated: New York, New York
       March 26, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.