UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 03-Cr-346 (SHS) |
| -v- | : | <u>ORDER</u> |
| MARTIN PEDRO, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the sentencing of the defendant is adjourned to November 19, 2020, at 11:00 a.m.

Dated:  New York, New York
        September 3, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.