UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 03-Cr-346 (SHS) |
| -v- | : | <u>ORDER</u> |
| MARTIN PEDRO, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The positivity rate for COVID-19 and COVID-19 related hospitalizations in New York City have been rising in the past several days. As a result, and in the interest of the health and safety of all participants, this Court intends to conduct as many proceedings as possible remotely via videoconference or teleconference, rather than in person.

      This action was previously scheduled for an in-person resentencing in Courtroom 23A on December 2, 2020, at 10:00 a.m. If the defendant is prepared to consent to waive his right to appear in person, the resentencing will be held remotely.

      The defense attorney is directed to file a letter informing the Court as to whether the conference may proceed remotely.

Dated: New York, New York
       November 24, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.

1