UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 03-Cr-346 (SHS) |
| -against- | : | |
| | | ORDER |
| MARTIN PEDRO, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

IT IS HEREBY ORDERED that the government shall file any responsive submission to defendant's motion for compassionate release filed on September 14, 2026 [ECF Doc. No.123], on or before December 30, 2026.

The Clerk of Court shall send a copy of this Order to Martin Pedro [51782-054] at USP Florence Admax, U.S. Penitentiary, P.O. Box 8500, Florence, CO 81226

Dated: New York, New York
November 24, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.